BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone:  (415) 977-8928
     Facsimile:  (415) 744-0134
     E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE MENDOZA, | Case No.  1:15-cv-00975-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR DEFENDANT'S THIRD EXTENSION** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that the deadline for Plaintiff to file her Opening Brief be extended nine days from February 17, 2016 to February 26, 2016.  All other deadlines in the Court's scheduling order are extended accordingly.  Defendant will file her responding brief on March 28, 2016, and Plaintiff will file her reply brief on April 12, 2016.

     This is Defendant's first request for an extension.  The parties request this extension because, due to a calendaring error, counsel for Defendant mistakenly served Defendant's response to Plaintiff's settlement letter nine days late.  This extension is needed to give Plaintiff adequate time to prepare her opening brief.

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: February 8, 2016          By: */s/ Marla K. Letellier*
                                 MARLA K. LETELLIER
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

                                 LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: February 10, 2016         By: */s/ Vijay J. Patel*
                                 VIJAY J. PATEL
                                 Attorney for Plaintiff
                                 (as approved by email on February 10, 2016)

**ORDER**

Pursuant to the parties' stipulation, Defendant's motion for an extension of time is GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff shall file her opening brief by no later than February 26, 2016;

2.      Defendant shall file a responsive brief by no later than March 28, 2016; and,

3.      Plaintiff shall file his reply brief, if any, by no later than April 12, 2016.

IT IS SO ORDERED.

Dated:  **February 10, 2016**                    **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE