UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

|  |  |
|---|---|
| IRENE MENDOZA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:15-cv-00975-SK0<br><br>STIPULATION AND ORDER FOR DEFENDANT'S FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that the deadline for Defendant to file her Opposition Brief be extended 30 days to April 27, 2016.  All other deadlines in the Court's scheduling order are extended accordingly.

    This is Defendant's first request for an extension of time to respond to Plaintiff's opening brief. This request is the result of a heavy workload for counsel responsible for briefing.  Additionally, counsel was out of the office from March 9 through March 17, 2016 and is currently working through a backlog of work.

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: March 29, 2016      By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: March 29, 2016      By: */s/ Vijay J. Patel*
VIJAY J. PATEL
Attorney for Plaintiff
(as approved by email on March 29, 2016)

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant's request for additional time to file a responsive brief is GRANTED;

2. Defendant shall file a responsive brief by no later than April 27, 2016; and

3. Plaintiff may file an optional reply brief by no later than May 16, 2016.

IT IS SO ORDERED.

Dated:   **March 31, 2016**                    **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

2