BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
      Telephone:  (415) 977-8928
      Facsimile:  (415) 744-0134
      E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE MENDOZA,<br><br>      Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>      Defendant.<br>_____/ | Case No.  1:15-cv-00975-SKO<br><br>STIPULATION AND PROPOSED ORDER FOR DEFENDANT'S SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that the deadline for Defendant to file her Opposition Brief be extended 21 days to May 16, 2016.  All other deadlines in the Court's scheduling order are extended accordingly.

    This is Defendant's second request for an extension of time to respond to Plaintiff's opening brief.  This request is the result of a heavy workload for counsel responsible for briefing, combined with the fact that counsel has been unexpectedly out of the office three times over the past few weeks due to her husband's knee injury.  For example, counsel is responsible for preparing a Ninth Circuit appellee's brief by May 10, 2016, as well as her usual caseload of federal district court matters.  Counsel is requesting a 21 day extension in order to accommodate

the fact that she will be out of the office from April 26-29, 2016 in order to move to a new house.

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: April 22, 2016      By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: April 22, 2016      By: */s/ Vijay J. Patel*
VIJAY J. PATEL
Attorney for Plaintiff
(as approved by email on April 22, 2016)

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant's request for a twenty-one day extension of time to file her opposition brief is GRANTED;

2. Defendant shall file the opposition brief by no later than May 16, 2016; and

3. Plaintiff shall file the reply brief, if any, by no later than May 31, 2016.

IT IS SO ORDERED.

Dated:   **April 25, 2016**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2