BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone:  (415) 977-8928
      Facsimile:  (415) 744-0134
      E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| IRENE MENDOZA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:15-cv-00975-SKO<br><br>STIPULATION AND ORDER FOR DEFENDANT'S THIRD EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that the deadline for Defendant to file her Opposition Brief be extended 2 days to May 18, 2016.  All other deadlines in the Court's scheduling order are extended accordingly.

This is Defendant's third request for an extension of time to respond to Plaintiff's opening brief. Counsel regretfully makes this request after being called out of the office unexpectedly on May 16, 2016 because her husband had to have emergency oral surgery.

Stip for EOT, 1:15-cv-00975-SKO         1

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: May 16, 2016          By: /s/ Marla K. Letellier
                             MARLA K. LETELLIER
                             Special Assistant United States Attorney
                             Attorneys for Defendant

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: May 16, 2016          By: /s/ Vijay J. Patel
                             VIJAY J. PATEL
                             Attorney for Plaintiff
                             (as approved by email on May 16, 2016)

ORDER

Based on the above stipulation, IT IS HEREBY ORDERED that:

1.    The parties' stipulated request for an extension of time for Defendant to file a responsive

      brief is GRANTED;

2.    Defendant's responsive brief shall be filed **on or before May 18, 2016**; and

3.    Plaintiff may file an optional reply brief **on or before June 6, 2016**.

IT IS SO ORDERED.

Dated:   **May 18, 2016**              /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 1:15-cv-00975-SKO          2